PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Hamor                                           Cr.: 08-00035-001

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 01/10/08

Original Offense: Importing/Manufacturing Firearms

Original Sentence: 60 months probation term; six-month-term of home-confinement; DNA testing; financial disclosure; no new debt; $100 special assessment fee; and $6,899.93 restitution.

Type of Supervision: Probation                      Date Supervision Commenced: 01/10/08

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The offender has a history of and reports current symptoms of anxiety and depression. He had a suicide attempt in September 2011.

Maureen Kelly *(digitally signed)*
Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 09/25/12

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
Date